Case 7:20-cv-10424-NSR-JCM   Document 40   Filed in NYSD on 07/15/2022   Page 1 of 1



Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
michael@donigerlawfirm.com
(646) 517-0600

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs
30 Ramland Road, Suite 201
Orangeburg, New York 109622

July 15, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/18/2022
```

**VIA ECF**

Hon Nelson S. Roman
United States Magistrate Judge
United States District Court for the Northern District of Iowa

    *Andy Ryan Photographer, LLC v. M.M.R. Construction, Inc., et al*; Case No. 7:20-cv-10424-NSR-JCM

Dear Judge Roman:

    I represent plaintiff Andy Ryan Photographer, LLC in this action. I am writing jointly with Stephen Riccardulli, counsel for defendants M.M.R. Construction, LLC and Mike Rosa.

    Discovery is complete. The parties are scheduled for a settlement conference before Magistrate Judge McCarthy on August 10th. We are scheduled for a status conference with Your Honor on July 28th at 10:00 a.m., and the deadline for a party to move for summary judgment is August 11th.

    We respectfully request that the Court adjourn the summary judgment deadline until at least August 25th. The parties also request that the Court adjourn the status conference to a date after the August 10th settlement conference.

    Thank you for your consideration of this request.
.

    Sincerely yours,

    */s/ Michael D. Steger*
    Michael D. Steger

cc:  Stephen Riccardulli, Esq.
     Scott Alan Burroughs, Esq.

**MEMO ENDORSED**

The July 28, 2022 status conference is adjourned *sine die*. The summary judgment deadline is extended to August 25, 2022. The parties are directed to notify the Court if they do not intend to file dispositive motions.

The Clerk of Court is kindly directed to terminate the motion at ECF No. 40.

Dated: July 18, 2022
       White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge