**MEMO ENDORSED**



Attorneys admitted in
California, New York,
Texas, Pennsylvania, and
Maine

Sender's contact:
michael@donigerlawfirm.com
(646) 517-0600

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs
30 Ramland Road, Suite 201
Orangeburg, New York 109622

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/2022
```

August 11, 2022

**VIA ECF**

Hon Nelson S. Roman
United States District Judge
United States District Court for the Southern District of New York

   *Andy Ryan Photographer, LLC v. M.M.R. Construction, Inc., et al*; Case No. 7:20-cv-10424-NSR-JCM

Dear Judge Roman:

   I represent plaintiff Andy Ryan Photographer, LLC in this action. I am writing jointly with Stephen Riccardulli, counsel for defendants M.M.R. Construction, LLC and Mike Rosa.

   The parties held a settlement conference before Magistrate Judge McCarthy yesterday. Judge McCarthy has scheduled a further settlement conference for August 18th.

   The current deadline for a party to move for summary judgment is August 25th. In an effort to facilitate settlement, the parties respectfully request that the Court adjourn the summary judgment deadline to September 9th. This is our second request for an extension of this date.

   Thank you for your consideration of this request.

                                        Sincerely yours,
                                        /s/ Michael D. Steger
                                        Michael D. Steger

cc:   Stephen Riccardulli, Esq. (via ECF)
      Scott Alan Burroughs, Esq. (via ECF)

Dated: August 12, 2022
       White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

The summary judgment deadline is extended to September 9, 2022. The parties are directed to notify the Court if they do not intend to file dispositive motions. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 42.